**El Shaddai MASADA, Plaintiff–Appellant,**

v.

**Jeff HAMMOND, Clerk of Court, Lancaster County; Robert E. Petersen, Deputy General Counsel, SCDC; Lee S. Alford, Circuit Court Judge, Defendants–Appellees.**

No. 02–7192.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

El Shaddai Masada, Appellant Pro Se. David Leon Morrison, Matthew Blaine Rosbrugh, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

El Shaddai Masada appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint construed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Masada v. Hammond,* No. CA–01–2536–8 (D.S.C. July 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*